UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:97-CV-849 |
| | ) | (Jarvis/Guyton) |
| MICHAEL E. KONRAD, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 9] of the Honorable James H. Jarvis, United States District Judge, for disposition of Plaintiff's Motion to Compel Post-Judgment Discovery [Doc. 7].

The United States moves for an Order compelling the defendant Michael E. Konrad to respond to post-judgment discovery requests served on February 21, 2006, and for an award of the reasonable expenses incurred by the United States in connection with such motion. The defendant failed to file a response to the government's motion within the time period required by E.D.TN. LR 7.1(a). "Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought." E.D.TN. LR 7.2. Accordingly, for good cause shown, Plaintiff's Motion to Compel Post-Judgment Discovery [Doc. 7] is **GRANTED**. The defendant is **DIRECTED** to respond to the post-judgment discovery requests served on February 21, 2006 within twenty (20) days of the entry of this Order.

The United States' request [Doc. 7] for an award of reasonable expenses incurred in the filing of this motion is **DENIED** at this time. However, the defendant is hereby put on notice that failure to cooperate in post-judgment discovery and to follow the Orders of this Court may result in monetary sanctions in the future. See Fed. R. Civ. P. 37(b)(2)(C).

**IT IS SO ORDERED.**

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge